IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00168-PSF-MEH

BARBARA L. BLEA,
MARCELLA L. MONTOUR, and
GERALDINE MONTOYA,

    Plaintiffs,

v.

GLOBAL HOSPITALITY, INC.; d/b/a BEST WESTERN CENTRAL DENVER, and
ARTHUR CORMIER,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 16, 2007.**

    For good cause shown, the Joint Motion for Stipulated Protective Order [Filed July 12, 2007; Docket #21] is **granted**. Defendants shall release to Plaintiffs information regarding past or current employees on the condition that the information will not be disclosed to anyone not a party to this litigation, except for counsel of record and persons employed by counsel to assist in the litigation. Any materials submitted to the Court that reference the information will be sanitized, either by complete deletion or by substitution of pseudonym or similar protocol (*e.g.,* "Employee A").