IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 07-cv-00168-PSF-MEH

BARBARA L. BLEA;
MARCELLA L. MONTOUR; and
GERALDINE MONTOYA,

    Plaintiffs,

v.

GLOBAL HOSPITALITY, INC., d/b/a Best Western Central Denver; and
ARTHUR CORMIER,

    Defendants.

## ORDER GRANTING STIPULATED MOTION TO DISMISS

This matter is before the Court on the parties' Stipulated Joint Motion for Dismissal With Prejudice (Dkt. # 27), filed August 16, 2007.  Good cause having been shown,

IT IS ORDERED that the motion is GRANTED and this action is hereby DISMISSED WITH PREJUDICE, each party to pay his, her or its own attorneys' fees and costs.

    DATED:  August 17, 2007

                                      BY THE COURT:

                                      *s/ Phillip S. Figa*

                                      _____
                                      Phillip S. Figa
                                      United States District Judge